# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1931
_____

Angela Basham

*Plaintiff - Appellant*

v.

Midland Funding LLC; Gamache & Myers, P.C.; Midland Credit Management, Inc.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: December 29, 2022
Filed: January 6, 2023
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Angela Basham appeals the district court's[1] grant of summary judgment to three companies she accused of harassing her while trying to collect credit-card

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

debts.  Having carefully reviewed the record and the parties' arguments on appeal, we conclude that there are no material facts in dispute and the debt collectors are entitled to judgment as a matter of law.[2]  *See Odom v. Kaizer*, 864 F.3d 920, 921 (8th Cir. 2017) (reviewing a grant of summary judgment de novo); *see also* Fed. R. Civ. P. 56(c)(1) (instructing parties to cite "materials in the record" when trying to show that a fact is "genuinely disputed" at the summary-judgment stage).  We accordingly affirm the judgment of the district court.  *See* 8th Cir. R. 47B.

––––––––––––––––––––––––––––––

---

[2]We also deny Basham's motion to appoint appellate counsel.